Entered on Docket
April 15, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: April 15, 2022

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 19-30397-DM |
| KATHLEEN BLACKBURN FISHER, | ) |
| | ) Chapter 13 |
| | ) |
| | ) Date: June 15, 2022 |
| Debtor. | ) Time: 9:10 a.m. |
| | ) |
| | ) Hearing via Tele/Videoconference[1] |
| | ) www.canb.uscourts.gov/calendars |
| | ) |

### ORDER GRANTING IN PART THE EX PARTE MOTION TO WITHDRAW AS ATTORNEY AND CONTINUING TRUSTEE'S MOTION TO DISMISS

The court, having considered Debtor's counsel's Ex Parte Application for Substitution of Attorney and Extension of Time ("Motion") (Dkt. 164) and a Declaration in Support of the Motion (Dkt. 165), the Secured Creditors' Objection to the Motion (Dkt. 166), and the Chapter 13 Trustee's Response to the Motion (Dkt. 168), the court hereby,

---

[1] All hearings will be conducted by telephone or video conference (unless otherwise noted). Please review the specific calendar page (pdf) posted on the Bankruptcy Court's website for further instructions one week prior to the hearing.

-1-

(1) GRANTS the Motion in part, Debtor's counsel may withdraw from the case and should serve and upload an order to that effect;

(2) CONTINUES the Trustee's Motion to Dismiss (Dkt. 95) and Debtor's Motion to Modify Chapter 13 Plan (Dkt. 144) from April 20, 2022 to June 15, 2022, at 9:10 AM; and

(3) ORDERS the Debtor must file an objection to the Secured Creditors' claim, whether she is with or without counsel at least one week prior to the continued hearing, or the court will dismiss the case.

*** END OF ORDER ***

COURT SERVICE LIST

Kathleen Blackburn Fisher
120 Ricardo Road
Mill Valley, CA 94941