DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re: | Chapter 13 |
|---|---|
| KATHLEEN BLACKBURN FISHER<br>120 RICARDO ROAD<br>MILL VALLEY, CA 94941 | Case No: 19-30397 DM |
| Debtor(s) | |

# DECLARATION OF DAVID BURCHARD, CHAPTER 13 TRUSTEE, REGARDING DEBTOR'S FAILURE TO COMPLY WITH A COURT ORDER

I, David Burchard, Chapter 13 Trustee, declare as follows:

I am the Chapter 13 Trustee of the Northern District of California, San Francisco and Santa Rosa Divisions of the United States Bankruptcy Court. I make these statements based upon my own personal knowledge, except those statements based on information and belief, and, as to those statements, I believe them to be true. If called as a witness, I could and would competently testify to the facts contained herein.

1. Debtor's case was filed on 04/12/2019.

2. At the Motion to Dismiss hearing on April 19, 2023, the Court issued an Order requiring the debtor to file amended schedules I and J and provide 2021 taxes by 4/30/2023. Debtors failure to comply with this order would result in debtor's case being dismissed.

3. Debtor did not comply with the Court's Order of April 19, 2023.

Therefore, it is requested that the above referenced case be dismissed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: May 2, 2023            DAVID BURCHARD
                                        DAVID BURCHARD, Chapter 13 Trustee

CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1111 Triton Drive, Suite #100, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Declaration of David Burchard, Chapter 13 Trustee, Regarding Debtor's Failure to Comply with a Court Order** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     KATHLEEN BLACKBURN FISHER
     120 RICARDO ROAD
     MILL VALLEY, CA 94941

The following recipients have been served via Court's Notice of Electronic Filing:

     GEOFFREY E. WIGGS ESQ
     ECF@wiggslaw.com

Dated: May 2, 2023           LIZ WHIGHAM
                                        LIZ WHIGHAM